# United States Bankruptcy Court
## District of Nevada

**Case No. <u>09–27167–lbr</u>**
**Chapter 7**

In re: (Name of Debtor)
    JOSE' L. PEREZ
    5271 E. JEFF DR.
    LAS VEGAS, NV 89110

Social Security No.:
    xxx–xx–9771

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT YVETTE WEINSTEIN is discharged as trustee of the estate of the above named debtor(s).

The Chapter 7 case of the above named debtor(s) is closed.

Dated: 1/4/10

BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court